**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-8240**

_____

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

     v.

SAMUEL ROBERT QUEEN, JR.,

             Defendant - Appellant.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Andre M. Davis, District Judge. (1:93-cr-00369-AMD-1)

_____

Submitted:  March 17, 2009         Decided:  March 23, 2009

_____

Before TRAXLER, KING, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Samuel Robert Queen, Jr., Appellant Pro Se.  Rod J. Rosenstein, United States Attorney, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel Robert Queen, Jr., appeals from the district court's orders denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006), and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Queen, No. 1:93-cr-00369-AMD-1 (D. Md. filed Sept. 19 & entered Sept. 22, 2008; filed Oct. 1 & entered Oct. 2, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED